# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### December 26, 2013

| | | |
|---|---|---|
| CAAP–11–00 01043 | State v. Crabbe | Affirmed |

### December 27, 2013

| | | |
|---|---|---|
| 30279 | ILWU Memorial Ass'n v. Bank of Hawaii | Affirmed |

### December 30, 2013

| | | |
|---|---|---|
| 30710, 30711 | Linogon v. City Mill | Affirmed |
| 30432 | Wallace v. Burrows | Affirmed |

### December 31, 2013

| | | |
|---|---|---|
| CAAP–10–00 00013 | Amber Financial Group, LLC. v. Lopez | Affirmed |

### January 6, 2014

| | | |
|---|---|---|
| CAAP–12–00 00865 | Bank of New York Mellon Trust Co., Nat. Ass'n v. Timosan | Affirmed |

### January 8, 2014

| | | |
|---|---|---|
| CAAP–13–00 00090 | Bolla v. University of Hawai'i | Affirmed |
| CAAP–12–00 00777 | Ellen K. Kalahele Revocable Living Trust, In re | Affirmed |
| CAAP–13–00 00087 | State v. Abel | Affirmed |

### January 10, 2014

| | | |
|---|---|---|
| CAAP–11–00 00417 | State v. Ganjali | Affirmed |